# Exhibit "2"



**SB330 ENROLLED**

# ACT #2025 - 297



1   SB330

2   JPTZ7FY-3

3   By Senators Roberts, Waggoner, Shelnutt

4   RFD: County and Municipal Government

5   First Read: 17-Apr-25





## SB330 Enrolled

1   <u>Enrolled,</u> An Act,

2

3

4        Relating to municipal water works boards; to amend

5   Section 11-50-300, Code of Alabama 1975; to add Sections

6   11-50-300.01, 11-50-300.02, 11-50-300.03, 11-50-300.04,

7   11-50-300.05, 11-50-300.06, 11-50-300.07, 11-50-300.08,

8   11-50-300.09, and 11-50-300.10 to the Code of Alabama 1975; to

9   further provide for the composition, manner of appointment,

10  and length of terms of members of certain municipal water

11  works boards; to provide qualifications for and place limits

12  on the employment of board members; to provide for conversion

13  of these boards to regional boards; to further provide for

14  these boards to amend their articles of incorporation; to

15  subject these boards to the ethics laws of Alabama and require

16  training on the subject; to provide duties and unlawful

17  actions of these boards; to require a consulting engineer be

18  retained by a board; to require these boards to produce

19  certain financial and statistical records; and to repeal

20  Sections 11-50-301, 11-50-302, 11-50-303, and 11-50-304, Code

21  of Alabama 1975, relating to certain municipal water works

22  boards.

23  BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

24        Section 1. (a) The Legislature finds and declares, as

25  the basis of this act, all of the following:

26        (1) Competent and efficient management of municipal

27  water works boards' potable and raw water systems is

28  strategically important to the health, safety, and economic

## SB330 Enrolled



29  viability of this state and local governments and the

30  well-being of residents thereof.

31      (2) Failures in the management of water systems lead to

32  unreasonably high rates that oppress residents and are a

33  barrier to economic development that is vital to improving job

34  opportunities.

35      (3) Failures in the management of water systems may

36  lead to catastrophic events such as those that have occurred

37  in California; Jackson, Mississippi; Richmond, Virginia; and

38  Detroit, Michigan. Such events may prevent hospitals, fire

39  departments, and other emergency services from operating

40  effectively and result in catastrophic loss of life, property

41  damage, and adverse financial consequences.

42      (4) Failures of management are more likely to occur in

43  water works boards described in Section 11-50-300, Code of

44  Alabama 1975, where the power to appoint a controlling number

45  of the members of a board of directors is vested in a

46  municipality whose voting residents comprise a fraction of the

47  individuals served by the municipally controlled water works

48  board.

49      (5) Transfers of substantial funds by Alabama municipal

50  water works boards to municipalities appointing all or a

51  majority of their board of directors have been approved by the

52  Alabama Supreme Court in defiance of a founding principle of

53  the United States of America that there should be no taxation

54  without representation.

55      (b) The Alabama Legislature hereby declares that

56  regional water boards should be operated for the exclusive

**SB330 Enrolled**



57    benefit of their customers and any surplus funds should be

58    used to reduce water rates to the benefit of all customers.

59         Section 2. Section 11-50-300, Code of Alabama 1975, is

60    amended to read as follows:

61         "§11-50-300

62         (a) Notwithstanding any other provisions of law, this

63    division shall apply to any municipal water works board

64    authorized to be incorporated by a municipality which, on

65    January 1, 2015, either served water customers or has assets

66    in four or more counties other than the county where the

67    authorizing municipality is principally located, or after

68    January 1, 2015, either serves water customers or has assets

69    in four or more counties other than the county where the

70    authorizing municipality is principally located, and the

71    organization and operation of the board, shall be subject to

72    this division.

73         (b) The powers and rights provided to a regional board

74    pursuant to this division are cumulative and independent of

75    any powers and rights pursuant to the enabling statute. Except

76    as expressly set forth in this division, this division shall

77    not be construed as a restriction or limitation upon any

78    power, right, or remedy that a board may have pursuant to the

79    enabling statute.

80         (c) To the extent this division conflicts with any

81    other provision in the enabling statute, this division shall

82    control.

83         (d) This division does not apply to a municipal

84    utilities board that operates a water works system and an

### SB330 Enrolled



85    electric distribution system, nor to an entity that serves

86    only wholesale water customers."

87          Section 3. Sections 11-50-300.01, 11-50-300.02,

88    11-50-300.03, 11-50-300.04, 11-50-300.05, 11-50-300.06,

89    11-50-300.07, 11-50-300.08, 11-50-300.09, and 11-50-300.10 are

90    added to the Code of Alabama 1975, to read as follows:

91          §11-50-300.01

92          For the purposes of this division, the following terms

93    have the following meanings:

94          (1) AUTHORIZING MUNICIPALITY. A municipality that

95    authorized the organization of a board that is converted to a

96    regional board pursuant to this division.

97          (2) BOARD. A board organized pursuant to the enabling

98    statute.

99          (3) CONVERSION DATE. The date upon which a board is

100   converted to a regional board pursuant to this division.

101         (4) ENABLING STATUTE. Divisions 1 through 3 of Article

102   8 of Chapter 50 of Title 11.

103         (5) ENGINEERING BACKGROUND. Capability as evidenced by

104   an engineering degree from an accredited school of engineering

105   and not less than five years experience in an engineering

106   discipline.

107         (6) ETHICS ACT. Chapter 25 of Title 36.

108         (7) FINANCIAL BACKGROUND. Capability as evidenced by a

109   successful career in banking or other field in which the

110   candidate under consideration has demonstrated sound financial

111   management skills in connection with long-term debt financing.

112         (8) GENERAL BUSINESS BACKGROUND. Means well experienced



**SB330 Enrolled**

113  in business affairs, whether related to private, public, or
114  nonprofit entities, of the complexity of the operation of a
115  water or sewer system.

116        (9) PRINCIPALLY LOCATED. With respect to the location
117  of any authorizing municipality, the county where all or the
118  largest portion of the territory of the authorizing
119  municipality is located.

120        (10) REGIONAL BOARD. A board that meets the
121  requirements of Section 11-50-300(a).

122        (11) SPONSORING MAYOR. The mayor of the authorizing
123  municipality of a board that has been converted to a regional
124  board pursuant to this division.

125        §11-50-300.02

126        (a) On the effective date of the act adding this
127  section, a board that meets the requirements of Section
128  11-50-300(a) as of the date of filing the bill adding this
129  section shall be converted to a regional board.

130        (b) A board that meets the requirements of Section
131  11-50-300(a) after the date of filing the bill adding this
132  section shall be converted to a regional board 30 days after
133  the board meets the requirements, but not before the effective
134  date of this act.

135        (c) If the certificate of incorporation or bylaws of a
136  regional board conflicts with this division, this division
137  shall control.

138        §11-50-300.03

139        (a) The term of the existing directors of the board of
140  directors shall terminate on the conversion date,



141 notwithstanding the term or terms for which the existing
142 directors were appointed or elected. The term of office for
143 directors appointed pursuant to this division shall begin on
144 the conversion date, or if any such appointment is made after
145 the conversion date, on the date of filing for the appointment
146 order with the judge of probate as provided in subsection (b).

147     (b) Appointment of a director shall be evidenced by an
148 order acknowledged before an officer authorized by the laws of
149 this state to take acknowledgment of deeds and shall be filed
150 in the office of the judge of probate where the board's
151 original certificate of incorporation was filed and in the
152 Office of the Secretary of State.

153     (c)(1) The board of directors of a regional board shall
154 be reorganized and comprised as follows:

155     a. One director, who shall have a financial background,
156 in addition to a general business background, shall be
157 appointed by the sponsoring mayor.

158     b. One director, who shall have a financial background,
159 in addition to a general business background, shall be
160 appointed by the Lieutenant Governor.

161     c. One director, who shall have an engineering
162 background, in addition to a general business background,
163 shall be appointed by the president of the governing body of
164 the county in which the authorizing municipality is
165 principally located.

166     d. One director, who shall have a general business
167 background, shall be appointed by the governing body of each
168 county in which the regional board owns a major reservoir



**SB330 Enrolled**

169   located principally within the county.

170        e. One director, who shall have a general business

171   background, shall be appointed by the governing body of the

172   county, other than the county where the authorizing

173   municipality is principally located, where the largest number

174   of accounts serving water customers are located outside the

175   county in which the authorizing municipality is located.

176        f. One director, who shall have a general business

177   background and who shall be a resident of the county in which

178   the authorizing municipality is principally located, shall be

179   appointed by the Governor.

180        g. One director, who shall be a resident of the county

181   in which the authorizing municipality is principally located,

182   shall be appointed by the governing body of the authorizing

183   municipality.

184        (2) All directors shall be residents of a county in

185   which the regional board serves customers.

186        (3) Elected public officials may be appointed as

187   directors.

188        (4) An appointing authority, if an individual, may

189   appoint himself or herself, or, if a group of individuals, may

190   appoint a member of the group.

191        (5) An individual who has had a business relationship

192   with the regional board in the two-year period prior to

193   appointment, or who was employed by a firm that has had a

194   business relationship with the regional board in the two-year

195   period prior to appointment, shall not be appointed as a

196   director.



197      (d) The appointing authority may exercise discretion in
198  determining whether an individual appointed as a director
199  meets the qualifications provided in this section. Any
200  individual appointed as a director shall be presumed qualified
201  unless and until a court of competent jurisdiction makes a
202  final determination, from which no further appeal is
203  available, that such individual is not qualified as a
204  director. The official acts of any individual appointed as a
205  director shall be valid and binding as official acts of a
206  director for all purposes, whether or not that individual is
207  subsequently determined by a court of competent jurisdiction
208  to be qualified or not.

209      (e) Each director shall serve for a term of five years,
210  except the initial directors shall serve terms as follows:

211      (1) The initial director appointed by the sponsoring
212  mayor shall serve a term of one year.

213      (2) The initial director appointed by the Lieutenant
214  Governor shall serve a term of two years.

215      (3) The initial director appointed by the president of
216  the governing body of the county in which the authorizing
217  municipality is principally located and the initial director
218  appointed by the Governor shall serve a term of three years.

219      (4) The initial director appointed by the governing
220  body of each county in which the regional board owns a major
221  reservoir located principally within the county and the
222  initial director appointed by the governing body of the
223  authorizing municipality shall serve a term of four years.

224      (5) The initial director appointed by the governing



225  body of the county, other than the county where the

226  authorizing municipality is principally located, where the

227  largest number of accounts serving water customers are located

228  outside the county in which the authorizing municipality is

229  located shall serve a term of five years.

230      (f) The initial appointments to the regional board

231  shall be made by the appointing authorities not more than 20

232  days after the effective date of this act. Subsequent

233  appointments, if made to fill a vacancy caused other than by

234  the expiration of a term of office, shall be filled within 30

235  days of the appointing authority receiving notice of the

236  vacancy. Subsequent appointments, if made to fill a vacancy

237  caused by the expiration of a term of office, shall be filled

238  within seven days after the expiration of the term of office.

239  If an appointing authority fails to make an appointment within

240  the time periods provided by this subsection, the Secretary of

241  State shall appoint one of the nominees submitted pursuant to

242  subsection (m).

243      (g) An individual appointed to fill a vacancy on the

244  board shall serve the remainder of the term of the vacant

245  seat. All directors shall continue to serve until a successor

246  is appointed and qualified.

247      (h) A director may not serve for more than two full

248  terms. In addition to the two full terms, a director may serve

249  one additional partial term in the event a director is first

250  appointed to a term that terminates less than five years after

251  the date of his or her appointment.

252      (i) Any director may be removed for good cause by the



**SB330 Enrolled**

253  appointing authority who appointed the director if the
254  appointing authority conducts a hearing that gives the
255  director an opportunity to address the cause or causes for
256  removal.

257      (j) Each director shall be entitled to receive
258  compensation of two thousand dollars ($2,000) per month,
259  adjusted annually for increases in the consumer price index,
260  as well as reimbursement for necessary expenses actually
261  incurred by him or her in connection with the performance of
262  his or her duties.

263      (k) A majority of directors then serving shall
264  constitute a quorum for the transaction of business of the
265  board of directors and any meeting of the board of directors
266  may be adjourned by a majority of the members present. No
267  vacancy in the membership of the board of directors shall
268  impair the right of a quorum to exercise all powers and
269  perform all duties of the board of directors.

270      (l) The board of directors shall adopt and maintain
271  bylaws, not inconsistent with this division, for the
272  regulation and conduct of its affairs and the operation of the
273  regional board. The bylaws of the board of directors may
274  provide for such committees as the board of directors deems
275  necessary or desirable to make recommendations to the full
276  board of directors.

277      (m) Members of the Alabama Legislature whose district
278  encompasses areas served by a regional board, and
279  organizations incorporated in this state that have existed for
280  more than five years and that promote economic development in



281  any county served by a regional board, may nominate qualified
282  individuals to serve on a regional board in positions that are
283  vacant or expected to be vacant. Nominations shall be made by
284  submitting in writing the name and qualifications of the
285  individual being nominated to the appointing authority for the
286  position and to the Secretary of State.

287  (n) The Attorney General shall review the
288  qualifications of all appointees to a regional board and upon
289  finding that any appointee is not qualified, shall file a
290  complaint in the Circuit Court of Montgomery County, which
291  shall have exclusive jurisdiction of the matter, seeking to
292  declare the appointee not qualified and the regional board
293  position vacant. Vacancies on a regional board resulting from
294  a ruling by the court favorable to the Attorney General shall
295  be filled by the designated appointing authority. Upon
296  request, the Attorney General may render an opinion on the
297  qualifications of a proposed appointee.

298  §11-50-300.04

299  (a) A regional board shall amend its certificate of
300  incorporation after the conversion date to do all of the
301  following:

302.  (1) Acknowledge that the regional board has met the
303  requirements of Section 11-50-300(a).

304  (2) Change its name to reflect the regional nature of
305  the board. The new name shall include the name of the
306  authorizing municipality.

307  (3) Make any other necessary amendment that is not
308  inconsistent with this division or the enabling statute.



309    (b) An amendment of the regional board's certificate of

310 incorporation shall be made in the following manner:

311    (1) The board of directors of the regional board shall

312 first adopt a resolution setting forth in full the proposed

313 amendment to the certificate of incorporation.

314    (2) The amendment shall recite the adoption of the

315 resolution by the board of directors.

316    (3) After the amendment is executed by the chair or

317 vice chair of the regional board and acknowledged before an

318 officer authorized by the laws of this state to take

319 acknowledgment of deeds, the amendment shall be filed in the

320 office of the judge of probate where the board's original

321 certificate of incorporation was filed. The amendment shall be

322 effective upon filing.

323    §11-50-300.05

324    (a) Directors and employees of a regional board shall

325 be subject to the Ethics Act.

326    (b) Each year all directors shall participate in 10

327 hours of training on the duties and best practices of

328 directors of organizations engaged in the operation of water

329 or sewer systems, the obligations of directors under the

330 Ethics Act, and the reporting requirements under this

331 division.

332    §11-50-300.06

333    (a) A regional board shall assure that the rates for

334 water and other services are reasonable and that industry best

335 practices are followed. A regional board shall assure that the

336 regional board operates its system or systems efficiently, in

### SB330 Enrolled



337    compliance with applicable laws and regulations, including
338    this division, and exclusively for the benefit of the
339    customers of the regional board.

340         (b) In assessing compliance with industry best
341    practices, a regional board shall reference the standards
342    published by the American Water Works Association or any
343    successor thereto and standards followed by highly rated water
344    systems.

345         (c)(1) A regional board may not make payments to any
346    municipality, county, or other entity except for reasonable
347    consideration in payment for goods or services required in the
348    operation or management of the systems operated by the
349    regional board.

350         (2) The Attorney General shall enforce this subsection
351    by filing a complaint seeking to prevent or to recoup amounts
352    paid by the regional board in violation of this subsection and
353    to obtain other remedies as may be appropriate under the
354    circumstances, in the Circuit Court of Montgomery County,
355    which shall have exclusive jurisdiction of the matter.

356         §11-50-300.07

357         (a) A regional board shall follow best practices in
358    preparing or causing to be prepared financial statements and
359    other reports, including all of the following:

360         (1) An annual budget in monthly form.

361         (2) Monthly financial statements with comparison to the
362    budget.

363         (3) Annual financial statements with comparison to the
364    budget.

**SB330 Enrolled**



365          (4) Annual financial statements audited by an
366     independent auditor.

367          (5) A five-year operating plan with annual revisions
368     and appropriate comparisons of actual performance to plan.

369          (6) A 10-year capital plan, including a plan to fund
370     the capital expenditures called for in the capitol plan, and a
371     10-year estimate of rates per year required to fund operating
372     expenses, capitol expenditures, and debt service.

373          (7) Monthly and annual statistical reports to include
374     the number of employees, number of customer connections by
375     major geographical location, number of miles of pipe replaced
376     as a percent of total miles of pipe in a system, volume of
377     treated and untreated water introduced into transmission
378     mains, volume of treated and untreated water billed to
379     customers, and the number of leaks repaired.

380          (8) Monthly and annual schedules of professionals
381     employed other than through a public bid process pursuant to
382     exceptions to competitive bid laws, brief descriptions of
383     their scopes of work, and amounts paid monthly, year-to-date,
384     and for the preceding 12 months.

385          (9) Prior to the adoption of each annual budget of a
386     regional board, a report on the current staffing of the
387     regional board to include a job description of each position,
388     the number of individuals filling each position, the average
389     annual compensation paid to the individuals in each position,
390     and proposed changes in staffing and compensation anticipated
391     in the annual budget to be adopted, together with comparisons
392     as may be available between the staffing of the regional board



393    and the staffing of other comparable water systems.

394    (b) All financial statements and other reports shall be
395    accompanied by appropriate operating statistics, actual, and
396    projected.

397    (c) All statistical and financial reports shall include
398    historical statistics and financial information to the extent
399    available and necessary to place recent information in
400    historical context and a full description and disclosure of
401    all assumptions made in the preparation of the reports.

402    (d) The reports required by this section shall be made
403    available by paper copy and email to the state legislators
404    representing the counties in which the regional board operates
405    and the Department of Examiners and Public Accounts. The
406    reports shall also be made available to the public on a
407    website maintained by the regional board.

408    §11-50-300.08

409    (a) A regional board shall retain a consulting engineer
410    with a national reputation for providing high quality
411    engineering services to water systems. The consulting engineer
412    shall provide the services specified in a professional
413    services agreement which shall include all of the following
414    services:

415    (1) From time to time but not less frequently than
416    annually, an assessment of and comments on the regional
417    board's compliance with Section 11-50-300.07, including
418    separate assessments and comments on each of the financial
419    statements and reports required by Section 11-50-300.07.

420    (2) Prior to the approval by the regional board of a



**SB330 Enrolled**

421  capital project costing two million dollars ($2,000,000) or

422  more, an assessment and report on the necessity, concept,

423  design, and expected operating and capital cost of the

424  project.

425      (3) Prior to the approval by the regional board of any

426  financing, a report and opinion in customary form on the

427  ability of the board to pay the interest on and principal of

428  the loan or securities comprising the financing when due.

429      (4) Annually, and prior to any increase in rates or

430  other service charges, an analysis and report on the

431  reasonableness of existing and proposed rates and service

432  charges, taking into consideration the factors listed in

433  Section 11-50-300.06, any factors widely adopted in the

434  regulation of utilities in the United States, and any other

435  factors that the consulting engineer deems relevant.

436      (b) A consulting engineer shall be selected by a

437  regional board pursuant to a nationwide search and a request

438  for proposals addressed to not less than five of the largest

439  providers of engineering services to water systems in the

440  United States. The request for proposals shall be posted on

441  the regional board's website and copies of responses shall be

442  available upon request. A regional board shall select a

443  consulting engineer from those submitting proposals based on

444  the recommendations of clients, relevant experience,

445  credentials of the engineers to be assigned to the project,

446  terms of a proposed engagement agreement, and cost.

447      (c) Once selected, a consulting engineer shall serve

448  five years and shall be eligible to be re-selected for one



449  additional five year term notwithstanding the selection
450  procedures provided by this section.

451      (d) A consulting engineer shall be disqualified from
452  providing project engineering services on projects undertaken
453  by a regional board but shall review and comment on plans and
454  specifications prepared by other engineers for such projects.
455  A consulting engineer shall evaluate, on behalf of the
456  regional board, the qualifications of engineers under
457  consideration to provide project engineering services to a
458  regional board.

459      (e) A consulting engineer may be discharged by a
460  regional board for a material failure to perform as determined
461  by the board after adequate notice and a hearing.

462      §11-50-300.09

463      For a period of 24 months after an individual ceases to
464  be a director of a regional board, that individual may not be
465  employed by the regional board or by any firm that performs
466  work for the regional board.

467      §11-50-300.10

468      (a) A regional board shall employ a chief executive
469  officer with full authority to manage the operations of the
470  regional board, subject to policy directives and other
471  governance decisions adopted by the board of directors.
472  Employees of a regional board shall report directly or through
473  subordinates who report to the chief executive officer and may
474  not be ordered or instructed by a director of the board.
475  Employment contracts, construction contracts, consulting
476  contracts, engineering contracts, and other contracts between

**SB330 Enrolled**



477    the regional board and other persons shall be recommended by
478    the chief executive officer, except for the employment
479    contract of the chief executive officer, which shall be
480    recommended by the board of directors. The chief executive
481    officer shall recommend to the board of directors individuals
482    to serve as chief financial officer and other executive level
483    employees.

484        (b) The employment contract of the chief executive
485    officer shall provide for a fixed term of office that may be
486    extended with or without modification of other terms by
487    agreement of the board of directors and the chief executive
488    officer. The board of directors may terminate the employment
489    of the chief executive officer for a material failure to
490    perform his or her duties after providing reasonable notice of
491    a failure and the opportunity for a hearing thereon.

492        Section 4. Sections 11-50-301, 11-50-302, 11-50-303,
493    and 11-50-304, Code of Alabama 1975, relating to certain
494    municipal water works boards, are repealed.

495        Section 5. This act shall become effective immediately.

496

## SB330 Enrolled



497
498
499
500
501
502
503

_____
504  President and Presiding Officer of the Senate
505
506
507
508

_____
509  Speaker of the House of Representatives
510
511
512  SB330
513  Senate 24-Apr-25
514  I hereby certify that the within Act originated in and passed
515  the Senate, as amended.
516
517                                    Patrick Harris,
518                                    Secretary.
519
520          _____
521
522
523  House of Representatives
524  Amended and passed: 01-May-25
525
526          _____
527
528
529  By: Senator Roberts


APPROVED May 7, 2025

TIME  2:55 p.m

_____
Kay Ivey
GOVERNOR

Alabama Secretary Of State

Act Num....: 2025-297
Bill Num...: S-330

Recv'd 05/07/25   02:58pmKCW

**SPONSOR**

1. Roberts
**CO-SPONSORS**

2. Waggoner          19
3. Shelnutt          20
4.                   21
5.                   22
6.                   23
7.                   24
8.                   25
9.                   26
10.                  27
11.                  28
12.                  29
13.                  30
14.                  31
15.                  32
16.                  33
17.                  34
18.                  35

---

**ENGROSSED**

Senate Bill No. 330

**SENATE ACTION**

I hereby certify that the Resolution as required in Section C of Act No. 81-889 was adopted and is attached to the Bill, SB 330.

yeas 30  nays 0  abstain 0

PATRICK HARRIS,
Secretary

I hereby certify that the notice & proof is attached to the Bill, SB _____ as required in the General Acts of Alabama, 1975 Act No. 919.

PATRICK HARRIS,
Secretary

**CONFERENCE COMMITTEE**

Senate Conferees

---

**HOUSE ACTION**

| DATE: | 4-24 | 20 25 |
| RD 1 RFD | 1st RD |

**REPORT OF STANDING COMMITTEE**

This bill having been referred by the House to its standing committee on C + SD acted upon by such committee in session, and returned therefrom to the House with the recommendation that it be Passed, w/amend(s) _____ w/sub _____

This 24 day of April 20 25

_____ Chairperson

| DATE: | 4/29 | 2025 |
| RF | RD 2 CAL |

| DATE: | 20__ |
| RE-REFERRED ☐ | RE-COMMITTED ☐ |
| Committee _____ |

I hereby certify that the Resolution as required in Section C of Act No. 81-889 was adopted and is attached to the Bill, SB 330.

YEAS _____ NAYS _____

JOHN TREADWELL,
Clerk

**FURTHER HOUSE ACTION (OVER)**