# Exhibit "3"

# JEFFERSON COUNTY COMMISSION

JAMES A. "JIMMIE" STEPHENS - PRESIDENT
MICHAEL BOLIN
T. JOE KNIGHT
LASHUNDA SCALES
SHEILA TYSON



JAMES A. (JIMMIE) STEPHENS, PRESIDENT
CHAIR-ADMINISTRATIVE SERVICES & INFRASTRUCTURE

**District 3**
716 Richard Arrington, Jr. Blvd. N., Suite 210
Birmingham, Alabama 35203
Telephone (205) 325-5555
FAX (205) 325-4860

County Division Code: AL040
Inst. # 2025042669 Pages: 1 of 2
I certify this instrument filed on
5/7/2025 3:33 PM Doc: NOTICE
Judge of Probate
Jefferson County, AL. Rec: $19.00
Clerk: NashB

## ORDER AND APPOINTMENT BY THE PRESIDENT

## OF THE

## JEFFERSON COUNTY COMMISSION

**Whereas**, Senate Bill 330 enrolled (hereinafter "SB 330") has been adopted and enrolled by both Houses of the Legislature of the State of Alabama, General Session 2025 and has been signed into law by the Governor of the State of Alabama (hereinafter "Governor"); and

**Whereas**, SB 330 becomes effective immediately upon the execution and approval thereof by the Governor; and

**Whereas**, SB 330 converts any board which meets the requirements of Section 11-50-300(a) to a regional board and terminates the terms of all existing directors of such entities which number includes The Water Works Board of the City of Birmingham (hereinafter "BWWB") which was incorporated pursuant to Divisions 1 through 3 of Article 8 of Chapter 50 of Title 11, Code of Alabama 1975, as amended, and other provisions of law (the regional board resulting from the conversion of BWWB is hereinafter referred to as the "Regional Board"); and

**Whereas**, pursuant to SB 330, one Director of the Regional Board shall be appointed by the President of the Jefferson County Commission, who is the president of the governing body of the county in which the authorizing municipality for the BWWB and the Regional Board is principally located, and who shall serve a term of three (3) years as Director of the newly formed Regional Board; that it is in the best public interest of the public health and welfare of the citizens and rate payers of Jefferson County, Alabama, and other areas of the public served by the Regional Board that such appointment herein made shall be made:

**Now, therefore, it is ORDERED by the President of the Jefferson County Commission as follows:**

1. That Phillip R. Wiedmeyer, a legal resident of Jefferson County, Alabama who has an engineering degree from an accredited school of engineering and not less than five years experience in an engineering discipline, and who furthermore is well experienced

in business affairs, whether related to private, public, or nonprofit entities, of the complexity of the operation of a water or sewer system, is hereby appointed by this Order and Appointment as a Director of said Regional Board, which said term shall be for a period of three (3) years, beginning immediately.

2. This Order and Appointment of the said Phillip R. Wiedmeyer, as a Director of the Regional Board, as described in SB 330, *supra*, shall be filed in the Office of the Judge of Probate of Jefferson County, Alabama, the county in which BWWB was originally incorporated and in the Office of the Secretary of State of the State of Alabama.

_____
Jimmie Stephens, President
Jefferson County Commission

May 7, 2025
3:24 P.M

STATE OF ALABAMA)

JEFFERSON COUNTY)

Before me, the undersigned authority, a Notary Public in and for said County and State, hereby certifies that Jimmie Stephens, whose name as President of the County Commission of Jefferson County, Alabama, a political subdivision of the State of Alabama, is signed to the foregoing Order and Appointment, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument and being duly authorized, he, as such President of the Jefferson County Commission and with full authority, did voluntarily execute this Order and Appointment on the 7th day of May, 2025.

Given under my hand and official seal this 7th day of May, 2025.

_____
Notary Public

My Commission Expires: August 24, 2027