**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                      TELEPHONE (334) 954-3600

May 8, 2025

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

**To:     Phillip R. Wiedmeyer**
**From:   Clerk's Office**

**Case Style:     Wiedmeyer v. Woodfin et al**
**Case Number:      2:25-cv-00356-ECM**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date.    Please refer to attachment.**