IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PHILLIP R. WIEDMEYER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:25-cv-00356-ECM-KFP |
| **HONORABLE MAYOR** ) | |
| **RANDALL L. WOODFIN, et al.** ) | |

**APPENDIX OF EXHIBITS TO AMENDED COMPLAINT**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Alabama Secretary of State Act 2025-297 Posting |
| 2 | Act 2025-297 |
| 3 | Wiedmeyer Order and Appointment recorded with the Judge of Probate for Jefferson County |
| 4 | Wiedmeyer Order and Appointment filed with Secretary of State of Alabama |
| 5 | Morris Order and Appointment recorded with the Judge of Probate for Jefferson County |
| 6 | Morris Order and Appointment filed with Secretary of State of Alabama |
| 7 | Hudson Order and Appointment recorded with the Judge of Probate for Jefferson County |
| 8 | Hudson Order and Appointment filed with Secretary of State of Alabama |
| 9 | Brumlow Order and Appointment recorded with the Judge of Probate for Jefferson County |
| 10 | Brumlow Order and Appointment filed with Secretary of State of Alabama |
| 11 | Standridge Order and Appointment recorded with the Judge of Probate for Jefferson County |
| 12 | Standridge Order and Appointment filed with Secretary of State of Alabama |

| | |
|---|---|
| 13 | BWW May 7, 2025 Agenda |
| 14 | Woodfin's Motion to Reconsider |
| 15 | Prior Board's Resolution No. 9777 |
| 16 | Settlement Agreement and Acquisition Agreement (collectively, the "2001 Consent Decree") |