# EXHIBIT 1

# Alabama Secretary of State Act 2025-297 Posting

 Alabama Secretary of State ☰

| ACT NUMBER   2025 - 297 ||
|---|---|
| Bill Number | S - 330 |
| Session Type | Regular |
| Category | General |
| Authors | ROBERTS, WAGGONER AND SHELNUTT |
| Subject: Who | MUNICIPAL WATER WORKS BD |
| Subject: What | RELATING |
| Subject: Where | STATE OF AL |
| Description | Certain municipal water works boards reconstitued, operating pocedures further provided for |
| Signed by Governor | Yes |
| Approved Date and Time | 5-7-2025    2:55 PM |
| Received Date and Time | 5-7-2025    2:58 PM |
|  |  |

[View Image]   [New Search]

[Browse Results]