# EXHIBIT 2

# Act 2025-297

**SB330 ENROLLED**

# ACT #2025 - 297

1   SB330

2   JPTZ7FY-3

3   By Senators Roberts, Waggoner, Shelnutt

4   RFD: County and Municipal Government

5   First Read: 17-Apr-25



**SB330 Enrolled**

1    Enrolled, An Act,

2

3

4          Relating to municipal water works boards; to amend

5    Section 11-50-300, Code of Alabama 1975; to add Sections

6    11-50-300.01, 11-50-300.02, 11-50-300.03, 11-50-300.04,

7    11-50-300.05, 11-50-300.06, 11-50-300.07, 11-50-300.08,

8    11-50-300.09, and 11-50-300.10 to the Code of Alabama 1975; to

9    further provide for the composition, manner of appointment,

10   and length of terms of members of certain municipal water

11   works boards; to provide qualifications for and place limits

12   on the employment of board members; to provide for conversion

13   of these boards to regional boards; to further provide for

14   these boards to amend their articles of incorporation; to

15   subject these boards to the ethics laws of Alabama and require

16   training on the subject; to provide duties and unlawful

17   actions of these boards; to require a consulting engineer be

18   retained by a board; to require these boards to produce

19   certain financial and statistical records; and to repeal

20   Sections 11-50-301, 11-50-302, 11-50-303, and 11-50-304, Code

21   of Alabama 1975, relating to certain municipal water works

22   boards.

23   BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

24          Section 1. (a) The Legislature finds and declares, as

25   the basis of this act, all of the following:

26          (1) Competent and efficient management of municipal

27   water works boards' potable and raw water systems is

28   strategically important to the health, safety, and economic

29  viability of this state and local governments and the
30  well-being of residents thereof.

31      (2) Failures in the management of water systems lead to
32  unreasonably high rates that oppress residents and are a
33  barrier to economic development that is vital to improving job
34  opportunities.

35      (3) Failures in the management of water systems may
36  lead to catastrophic events such as those that have occurred
37  in California; Jackson, Mississippi; Richmond, Virginia; and
38  Detroit, Michigan. Such events may prevent hospitals, fire
39  departments, and other emergency services from operating
40  effectively and result in catastrophic loss of life, property
41  damage, and adverse financial consequences.

42      (4) Failures of management are more likely to occur in
43  water works boards described in Section 11-50-300, Code of
44  Alabama 1975, where the power to appoint a controlling number
45  of the members of a board of directors is vested in a
46  municipality whose voting residents comprise a fraction of the
47  individuals served by the municipally controlled water works
48  board.

49      (5) Transfers of substantial funds by Alabama municipal
50  water works boards to municipalities appointing all or a
51  majority of their board of directors have been approved by the
52  Alabama Supreme Court in defiance of a founding principle of
53  the United States of America that there should be no taxation
54  without representation.

55      (b) The Alabama Legislature hereby declares that
56  regional water boards should be operated for the exclusive

57  benefit of their customers and any surplus funds should be

58  used to reduce water rates to the benefit of all customers.

59      Section 2. Section 11-50-300, Code of Alabama 1975, is

60  amended to read as follows:

61      "§11-50-300

62      (a) Notwithstanding any other provisions of law, this

63  division shall apply to any municipal water works board

64  authorized to be incorporated by a municipality which, on

65  January 1, 2015, either served water customers or has assets

66  in four or more counties other than the county where the

67  authorizing municipality is principally located, or after

68  January 1, 2015, either serves water customers or has assets

69  in four or more counties other than the county where the

70  authorizing municipality is principally located, and the

71  organization and operation of the board, shall be subject to

72  this division.

73      (b) The powers and rights provided to a regional board

74  pursuant to this division are cumulative and independent of

75  any powers and rights pursuant to the enabling statute. Except

76  as expressly set forth in this division, this division shall

77  not be construed as a restriction or limitation upon any

78  power, right, or remedy that a board may have pursuant to the

79  enabling statute.

80      (c) To the extent this division conflicts with any

81  other provision in the enabling statute, this division shall

82  control.

83      (d) This division does not apply to a municipal

84  utilities board that operates a water works system and an



85  electric distribution system, nor to an entity that serves

86  only wholesale water customers."

87          Section 3. Sections 11-50-300.01, 11-50-300.02,

88  11-50-300.03, 11-50-300.04, 11-50-300.05, 11-50-300.06,

89  11-50-300.07, 11-50-300.08, 11-50-300.09, and 11-50-300.10 are

90  added to the Code of Alabama 1975, to read as follows:

91          §11-50-300.01

92          For the purposes of this division, the following terms

93  have the following meanings:

94          (1) AUTHORIZING MUNICIPALITY. A municipality that

95  authorized the organization of a board that is converted to a

96  regional board pursuant to this division.

97          (2) BOARD. A board organized pursuant to the enabling

98  statute.

99          (3) CONVERSION DATE. The date upon which a board is

100 converted to a regional board pursuant to this division.

101         (4) ENABLING STATUTE. Divisions 1 through 3 of Article

102 8 of Chapter 50 of Title 11.

103         (5) ENGINEERING BACKGROUND. Capability as evidenced by

104 an engineering degree from an accredited school of engineering

105 and not less than five years experience in an engineering

106 discipline.

107         (6) ETHICS ACT. Chapter 25 of Title 36.

108         (7) FINANCIAL BACKGROUND. Capability as evidenced by a

109 successful career in banking or other field in which the

110 candidate under consideration has demonstrated sound financial

111 management skills in connection with long-term debt financing.

112         (8) GENERAL BUSINESS BACKGROUND. Means well experienced

## SB330 Enrolled

113    in business affairs, whether related to private, public, or

114    nonprofit entities, of the complexity of the operation of a

115    water or sewer system.

116            (9) PRINCIPALLY LOCATED. With respect to the location

117    of any authorizing municipality, the county where all or the

118    largest portion of the territory of the authorizing

119    municipality is located.

120            (10) REGIONAL BOARD. A board that meets the

121    requirements of Section 11-50-300(a).

122            (11) SPONSORING MAYOR. The mayor of the authorizing

123    municipality of a board that has been converted to a regional

124    board pursuant to this division.

125        §11-50-300.02

126        (a) On the effective date of the act adding this

127    section, a board that meets the requirements of Section

128    11-50-300(a) as of the date of filing the bill adding this

129    section shall be converted to a regional board.

130        (b) A board that meets the requirements of Section

131    11-50-300(a) after the date of filing the bill adding this

132    section shall be converted to a regional board 30 days after

133    the board meets the requirements, but not before the effective

134    date of this act.

135        (c) If the certificate of incorporation or bylaws of a

136    regional board conflicts with this division, this division

137    shall control.

138        §11-50-300.03

139        (a) The term of the existing directors of the board of

140    directors shall terminate on the conversion date,

141    notwithstanding the term or terms for which the existing
142    directors were appointed or elected. The term of office for
143    directors appointed pursuant to this division shall begin on
144    the conversion date, or if any such appointment is made after
145    the conversion date, on the date of filing for the appointment
146    order with the judge of probate as provided in subsection (b).

147         (b) Appointment of a director shall be evidenced by an
148    order acknowledged before an officer authorized by the laws of
149    this state to take acknowledgment of deeds and shall be filed
150    in the office of the judge of probate where the board's
151    original certificate of incorporation was filed and in the
152    Office of the Secretary of State.

153         (c)(1) The board of directors of a regional board shall
154    be reorganized and comprised as follows:

155         a. One director, who shall have a financial background,
156    in addition to a general business background, shall be
157    appointed by the sponsoring mayor.

158         b. One director, who shall have a financial background,
159    in addition to a general business background, shall be
160    appointed by the Lieutenant Governor.

161         c. One director, who shall have an engineering
162    background, in addition to a general business background,
163    shall be appointed by the president of the governing body of
164    the county in which the authorizing municipality is
165    principally located.

166         d. One director, who shall have a general business
167    background, shall be appointed by the governing body of each
168    county in which the regional board owns a major reservoir

**SB330 Enrolled**

169  located principally within the county.

170      e. One director, who shall have a general business

171  background, shall be appointed by the governing body of the

172  county, other than the county where the authorizing

173  municipality is principally located, where the largest number

174  of accounts serving water customers are located outside the

175  county in which the authorizing municipality is located.

176      f. One director, who shall have a general business

177  background and who shall be a resident of the county in which

178  the authorizing municipality is principally located, shall be

179  appointed by the Governor.

180      g. One director, who shall be a resident of the county

181  in which the authorizing municipality is principally located,

182  shall be appointed by the governing body of the authorizing

183  municipality.

184      (2) All directors shall be residents of a county in

185  which the regional board serves customers.

186      (3) Elected public officials may be appointed as

187  directors.

188      (4) An appointing authority, if an individual, may

189  appoint himself or herself, or, if a group of individuals, may

190  appoint a member of the group.

191      (5) An individual who has had a business relationship

192  with the regional board in the two-year period prior to

193  appointment, or who was employed by a firm that has had a

194  business relationship with the regional board in the two-year

195  period prior to appointment, shall not be appointed as a

196  director.

## SB330 Enrolled

197        (d) The appointing authority may exercise discretion in
198   determining whether an individual appointed as a director
199   meets the qualifications provided in this section. Any
200   individual appointed as a director shall be presumed qualified
201   unless and until a court of competent jurisdiction makes a
202   final determination, from which no further appeal is
203   available, that such individual is not qualified as a
204   director. The official acts of any individual appointed as a
205   director shall be valid and binding as official acts of a
206   director for all purposes, whether or not that individual is
207   subsequently determined by a court of competent jurisdiction
208   to be qualified or not.

209        (e) Each director shall serve for a term of five years,
210   except the initial directors shall serve terms as follows:

211        (1) The initial director appointed by the sponsoring
212   mayor shall serve a term of one year.

213        (2) The initial director appointed by the Lieutenant
214   Governor shall serve a term of two years.

215        (3) The initial director appointed by the president of
216   the governing body of the county in which the authorizing
217   municipality is principally located and the initial director
218   appointed by the Governor shall serve a term of three years.

219        (4) The initial director appointed by the governing
220   body of each county in which the regional board owns a major
221   reservoir located principally within the county and the
222   initial director appointed by the governing body of the
223   authorizing municipality shall serve a term of four years.

224        (5) The initial director appointed by the governing

## SB330 Enrolled

225  body of the county, other than the county where the

226  authorizing municipality is principally located, where the

227  largest number of accounts serving water customers are located

228  outside the county in which the authorizing municipality is

229  located shall serve a term of five years.

230      (f) The initial appointments to the regional board

231  shall be made by the appointing authorities not more than 20

232  days after the effective date of this act. Subsequent

233  appointments, if made to fill a vacancy caused other than by

234  the expiration of a term of office, shall be filled within 30

235  days of the appointing authority receiving notice of the

236  vacancy. Subsequent appointments, if made to fill a vacancy

237  caused by the expiration of a term of office, shall be filled

238  within seven days after the expiration of the term of office.

239  If an appointing authority fails to make an appointment within

240  the time periods provided by this subsection, the Secretary of

241  State shall appoint one of the nominees submitted pursuant to

242  subsection (m).

243      (g) An individual appointed to fill a vacancy on the

244  board shall serve the remainder of the term of the vacant

245  seat. All directors shall continue to serve until a successor

246  is appointed and qualified.

247      (h) A director may not serve for more than two full

248  terms. In addition to the two full terms, a director may serve

249  one additional partial term in the event a director is first

250  appointed to a term that terminates less than five years after

251  the date of his or her appointment.

252      (i) Any director may be removed for good cause by the

253    appointing authority who appointed the director if the
254    appointing authority conducts a hearing that gives the
255    director an opportunity to address the cause or causes for
256    removal.

257         (j) Each director shall be entitled to receive
258    compensation of two thousand dollars ($2,000) per month,
259    adjusted annually for increases in the consumer price index,
260    as well as reimbursement for necessary expenses actually
261    incurred by him or her in connection with the performance of
262    his or her duties.

263         (k) A majority of directors then serving shall
264    constitute a quorum for the transaction of business of the
265    board of directors and any meeting of the board of directors
266    may be adjourned by a majority of the members present. No
267    vacancy in the membership of the board of directors shall
268    impair the right of a quorum to exercise all powers and
269    perform all duties of the board of directors.

270         (l) The board of directors shall adopt and maintain
271    bylaws, not inconsistent with this division, for the
272    regulation and conduct of its affairs and the operation of the
273    regional board. The bylaws of the board of directors may
274    provide for such committees as the board of directors deems
275    necessary or desirable to make recommendations to the full
276    board of directors.

277         (m) Members of the Alabama Legislature whose district
278    encompasses areas served by a regional board, and
279    organizations incorporated in this state that have existed for
280    more than five years and that promote economic development in

281    any county served by a regional board, may nominate qualified
282    individuals to serve on a regional board in positions that are
283    vacant or expected to be vacant. Nominations shall be made by
284    submitting in writing the name and qualifications of the
285    individual being nominated to the appointing authority for the
286    position and to the Secretary of State.

287         (n) The Attorney General shall review the
288    qualifications of all appointees to a regional board and upon
289    finding that any appointee is not qualified, shall file a
290    complaint in the Circuit Court of Montgomery County, which
291    shall have exclusive jurisdiction of the matter, seeking to
292    declare the appointee not qualified and the regional board
293    position vacant. Vacancies on a regional board resulting from
294    a ruling by the court favorable to the Attorney General shall
295    be filled by the designated appointing authority. Upon
296    request, the Attorney General may render an opinion on the
297    qualifications of a proposed appointee.

298         §11-50-300.04

299         (a) A regional board shall amend its certificate of
300    incorporation after the conversion date to do all of the
301    following:

302.        (1) Acknowledge that the regional board has met the
303    requirements of Section 11-50-300(a).

304         (2) Change its name to reflect the regional nature of
305    the board. The new name shall include the name of the
306    authorizing municipality.

307         (3) Make any other necessary amendment that is not
308    inconsistent with this division or the enabling statute.

309     (b) An amendment of the regional board's certificate of
310 incorporation shall be made in the following manner:

311     (1) The board of directors of the regional board shall
312 first adopt a resolution setting forth in full the proposed
313 amendment to the certificate of incorporation.

314     (2) The amendment shall recite the adoption of the
315 resolution by the board of directors.

316     (3) After the amendment is executed by the chair or
317 vice chair of the regional board and acknowledged before an
318 officer authorized by the laws of this state to take
319 acknowledgment of deeds, the amendment shall be filed in the
320 office of the judge of probate where the board's original
321 certificate of incorporation was filed. The amendment shall be
322 effective upon filing.

323     §11-50-300.05

324     (a) Directors and employees of a regional board shall
325 be subject to the Ethics Act.

326     (b) Each year all directors shall participate in 10
327 hours of training on the duties and best practices of
328 directors of organizations engaged in the operation of water
329 or sewer systems, the obligations of directors under the
330 Ethics Act, and the reporting requirements under this
331 division.

332     §11-50-300.06

333     (a) A regional board shall assure that the rates for
334 water and other services are reasonable and that industry best
335 practices are followed. A regional board shall assure that the
336 regional board operates its system or systems efficiently, in

337  compliance with applicable laws and regulations, including

338  this division, and exclusively for the benefit of the

339  customers of the regional board.

340          (b) In assessing compliance with industry best

341  practices, a regional board shall reference the standards

342  published by the American Water Works Association or any

343  successor thereto and standards followed by highly rated water

344  systems.

345          (c)(1) A regional board may not make payments to any

346  municipality, county, or other entity except for reasonable

347  consideration in payment for goods or services required in the

348  operation or management of the systems operated by the

349  regional board.

350          (2) The Attorney General shall enforce this subsection

351  by filing a complaint seeking to prevent or to recoup amounts

352  paid by the regional board in violation of this subsection and

353  to obtain other remedies as may be appropriate under the

354  circumstances, in the Circuit Court of Montgomery County,

355  which shall have exclusive jurisdiction of the matter.

356          §11-50-300.07

357          (a) A regional board shall follow best practices in

358  preparing or causing to be prepared financial statements and

359  other reports, including all of the following:

360          (1) An annual budget in monthly form.

361          (2) Monthly financial statements with comparison to the

362  budget.

363          (3) Annual financial statements with comparison to the

364  budget.

365      (4) Annual financial statements audited by an
366  independent auditor.

367      (5) A five-year operating plan with annual revisions
368  and appropriate comparisons of actual performance to plan.

369      (6) A 10-year capital plan, including a plan to fund
370  the capital expenditures called for in the capitol plan, and a
371  10-year estimate of rates per year required to fund operating
372  expenses, capitol expenditures, and debt service.

373      (7) Monthly and annual statistical reports to include
374  the number of employees, number of customer connections by
375  major geographical location, number of miles of pipe replaced
376  as a percent of total miles of pipe in a system, volume of
377  treated and untreated water introduced into transmission
378  mains, volume of treated and untreated water billed to
379  customers, and the number of leaks repaired.

380      (8) Monthly and annual schedules of professionals
381  employed other than through a public bid process pursuant to
382  exceptions to competitive bid laws, brief descriptions of
383  their scopes of work, and amounts paid monthly, year-to-date,
384  and for the preceding 12 months.

385      (9) Prior to the adoption of each annual budget of a
386  regional board, a report on the current staffing of the
387  regional board to include a job description of each position,
388  the number of individuals filling each position, the average
389  annual compensation paid to the individuals in each position,
390  and proposed changes in staffing and compensation anticipated
391  in the annual budget to be adopted, together with comparisons
392  as may be available between the staffing of the regional board

**SB330 Enrolled**

393    and the staffing of other comparable water systems.

394        (b) All financial statements and other reports shall be

395    accompanied by appropriate operating statistics, actual, and

396    projected.

397        (c) All statistical and financial reports shall include

398    historical statistics and financial information to the extent

399    available and necessary to place recent information in

400    historical context and a full description and disclosure of

401    all assumptions made in the preparation of the reports.

402        (d) The reports required by this section shall be made

403    available by paper copy and email to the state legislators

404    representing the counties in which the regional board operates

405    and the Department of Examiners and Public Accounts. The

406    reports shall also be made available to the public on a

407    website maintained by the regional board.

408        §11-50-300.08

409        (a) A regional board shall retain a consulting engineer

410    with a national reputation for providing high quality

411    engineering services to water systems. The consulting engineer

412    shall provide the services specified in a professional

413    services agreement which shall include all of the following

414    services:

415        (1) From time to time but not less frequently than

416    annually, an assessment of and comments on the regional

417    board's compliance with Section 11-50-300.07, including

418    separate assessments and comments on each of the financial

419    statements and reports required by Section 11-50-300.07.

420        (2) Prior to the approval by the regional board of a

## SB330 Enrolled

421  capital project costing two million dollars ($2,000,000) or
422  more, an assessment and report on the necessity, concept,
423  design, and expected operating and capital cost of the
424  project.

425      (3) Prior to the approval by the regional board of any
426  financing, a report and opinion in customary form on the
427  ability of the board to pay the interest on and principal of
428  the loan or securities comprising the financing when due.

429      (4) Annually, and prior to any increase in rates or
430  other service charges, an analysis and report on the
431  reasonableness of existing and proposed rates and service
432  charges, taking into consideration the factors listed in
433  Section 11-50-300.06, any factors widely adopted in the
434  regulation of utilities in the United States, and any other
435  factors that the consulting engineer deems relevant.

436      (b) A consulting engineer shall be selected by a
437  regional board pursuant to a nationwide search and a request
438  for proposals addressed to not less than five of the largest
439  providers of engineering services to water systems in the
440  United States. The request for proposals shall be posted on
441  the regional board's website and copies of responses shall be
442  available upon request. A regional board shall select a
443  consulting engineer from those submitting proposals based on
444  the recommendations of clients, relevant experience,
445  credentials of the engineers to be assigned to the project,
446  terms of a proposed engagement agreement, and cost.

447      (c) Once selected, a consulting engineer shall serve
448  five years and shall be eligible to be re-selected for one

449    additional five year term notwithstanding the selection

450    procedures provided by this section.

451         (d) A consulting engineer shall be disqualified from

452    providing project engineering services on projects undertaken

453    by a regional board but shall review and comment on plans and

454    specifications prepared by other engineers for such projects.

455    A consulting engineer shall evaluate, on behalf of the

456    regional board, the qualifications of engineers under

457    consideration to provide project engineering services to a

458    regional board.

459         (e) A consulting engineer may be discharged by a

460    regional board for a material failure to perform as determined

461    by the board after adequate notice and a hearing.

462         §11-50-300.09

463         For a period of 24 months after an individual ceases to

464    be a director of a regional board, that individual may not be

465    employed by the regional board or by any firm that performs

466    work for the regional board.

467         §11-50-300.10

468         (a) A regional board shall employ a chief executive

469    officer with full authority to manage the operations of the

470    regional board, subject to policy directives and other

471    governance decisions adopted by the board of directors.

472    Employees of a regional board shall report directly or through

473    subordinates who report to the chief executive officer and may

474    not be ordered or instructed by a director of the board.

475    Employment contracts, construction contracts, consulting

476    contracts, engineering contracts, and other contracts between

477  the regional board and other persons shall be recommended by
478  the chief executive officer, except for the employment
479  contract of the chief executive officer, which shall be
480  recommended by the board of directors. The chief executive
481  officer shall recommend to the board of directors individuals
482  to serve as chief financial officer and other executive level
483  employees.

484      (b) The employment contract of the chief executive
485  officer shall provide for a fixed term of office that may be
486  extended with or without modification of other terms by
487  agreement of the board of directors and the chief executive
488  officer. The board of directors may terminate the employment
489  of the chief executive officer for a material failure to
490  perform his or her duties after providing reasonable notice of
491  a failure and the opportunity for a hearing thereon.

492      Section 4. Sections 11-50-301, 11-50-302, 11-50-303,
493  and 11-50-304, Code of Alabama 1975, relating to certain
494  municipal water works boards, are repealed.

495      Section 5. This act shall become effective immediately.

496

**SB330 Enrolled**

```
497
498
499
500
501
502
503
504
```


    President and Presiding Officer of the Senate

```
505
506
507
508
509
```
    Speaker of the House of Representatives

```
510
511
512    SB330
513    Senate 24-Apr-25
514    I hereby certify that the within Act originated in and passed
515    the Senate, as amended.
516
517                                 Patrick Harris,
518                                 Secretary.
519
520
521
522
523    House of Representatives
524    Amended and passed: 01-May-25
525
526
527
528
529    By: Senator Roberts
```

APPROVED May 7, 2025

TIME 2:55 p.m

Kay Ivey
GOVERNOR

Alabama Secretary Of State

Act Num....: 2025-297
Bill Num...: S-330

Recv'd 05/07/25   02:58pmKCW

ENGROSSED

Senate Bill No. 330

**SPONSOR**

1. Roberts

**CO-SPONSORS**

2. Waggoner

3. Shelnutt

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

29.

30.

31.

32.

33.

34.

35.

**SENATE ACTION**

I hereby certify that the Resolution as required in Section C of Act No. 81-889 was adopted and is attached to the Bill, SB 330.

yeas 30 nays 0 abstain 0

PATRICK HARRIS,
Secretary

I hereby certify that the notice & proof is attached to the Bill, SB as required in the General Acts of Alabama, 1975 Act No. 919.

PATRICK HARRIS,
Secretary

**CONFERENCE COMMITTEE**

Senate Conferees

**HOUSE ACTION**

DATE: 4-24 20 25

RD 1 RFD ____ Jud B

REPORT OF STANDING COMMITTEE

This bill having been referred by the House to its standing committee on ____ was acted upon by such committee in session, and returned therefrom to the House with the recommendation that it be Passed, w/amend(s) ____ w/sub ____ This 28th day of April, 20 25.

____ Chairperson

DATE: 4/29 2025

RF ____ RD 2 CAL

DATE: ____ 20___

RE-REFERRED ☐    RE-COMMITTED ☐

Committee ____

I hereby certify that the Resolution as required in Section C of Act No. 81-889 was adopted and is attached to the Bill, SB 330.

YEAS ____ NAYS ____

JOHN TREADWELL,
Clerk

**FURTHER HOUSE ACTION (OVER)**