# EXHIBIT 5

# Morris Order and Appointment recorded with the Judge of Probate for Jefferson County

Inst. # 2025042872 Pages: 1 of 2
I certify this instrument filed on
5/8/2025 10:43 AM Doc: PPAGT
Judge of Probate
Jefferson County, AL Rec: $19.00

Clerk: BlackmanB

WILL AINSWORTH
LIEUTENANT GOVERNOR



ALABAMA STATE HOUSE
MONTGOMERY, ALABAMA 36130

## STATE OF ALABAMA

### ORDER AND APPOINTMENT BY THE
### LT. GOVERNOR OF THE STATE OF ALABAMA

**Whereas**, SB330 has been adopted and enrolled by both Houses of the Legislature of the State of Alabama, General Session 2025 and has been signed into law as ACT No. 2025-297 by the Governor of the State of Alabama (hereinafter "Governor"); and

**Whereas**, ACT No.2025-297 becomes effective immediately upon the execution and approval thereof by the Governor; and

**Whereas**, ACT No. 2025-297 converts any board which meets the requirements of Section 11-50-300(a) to a regional board and terminates the terms of all existing directors of such entities which number includes The Water Works Board of the City of Birmingham (hereinafter "BWWB") which was incorporated pursuant to Divisions 1 through 3 of Article 8 of Chapter 50 of Title 11, Code of Alabama 1975, as amended, and other provisions of law (the regional board resulting from the conversion of BWWB is hereinafter referred to as the "Regional Board"); and

**Whereas**, pursuant to ACT No. 2025-297, one Director of the Regional Board shall be appointed by the Lieutenant Governor, and who shall have a financial background in addition to a general business background, and who shall serve a term of two (2) years as Director of the newly formed Regional Board; that it is in the best public interest of the public health and welfare of the citizens and rate payers in which the regional board serves, and other areas of the public served by the Regional Board that such appointment herein made shall be made:

**Now, therefore, it is ORDERED by the Lieutenant Governor of the State of Alabama as follows:**

1. That Bill Morris, a legal resident of St. Clair County, Alabama who has a financial background in addition to a general business, and who furthermore is well experienced in business affairs, whether related to private, public, or nonprofit entities, of the complexity of the operation of a water or sewer system, is hereby appointed by this Order and Appointment as a Director of said Regional Board, which said term shall be for a period of two (2) years, beginning immediately.

2. This Order and Appointment of the said Bill Morris, as a Director of the Regional Board, as described in ACT No. 2025-297, *supra*, shall be filed in the Office of the Judge of Probate of Jefferson County, Alabama, the county in which BWWB was

originally incorporated and in the Office of the Secretary of State of the State of Alabama.

_____
Will Ainsworth, Lt. Governor
State of Alabama

STATE OF ALABAMA)

MARSHALL COUNTY)

Before me, the undersigned authority, a Notary Public in and for said County and State, hereby certifies that Will Ainsworth, whose name as Lieutenant Governor of the State of Alabama, is signed to the foregoing Order and Appointment, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument and being duly authorized, he, as such Lieutenant Governor of the State Alabama and with full authority, did voluntarily execute this Order and Appointment on the 8th day of May, 2025.

Given under my hand and official seal this 8th day of May, 2025.

_____
Notary Public

My Commission Expires: _____