# EXHIBIT 8

# Hudson Order and Appointment filed with Secretary of State of Alabama

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

# STATE OF ALABAMA

### ORDER AND APPOINTMENT BY THE
### GOVERNOR OF THE STATE OF ALABAMA

WHEREAS Senate Bill 330 has been adopted and enrolled by both Houses of the Legislature of the State of Alabama during its 2025 Regular Session;

WHEREAS SB330 has been signed into law as Act No. 2025-297;

WHEREAS Act No. 2025-297 became effective immediately after the Governor signed it;

WHEREAS Act No. 2025-297 converts any board which meets the requirements of Alabama Code Section 11-50-300(a) into a regional board;

WHEREAS Act No. 2025-297 terminates the terms of all existing directors of such entities converted into a regional board;

WHEREAS one such board converted into a regional board by Act No. 2025-297 includes The Water Works Board of the City of Birmingham (hereinafter "BWWB") which was incorporated pursuant to Divisions 1 through 3 of Article 8 of Chapter 50 of Title 11, Code of Alabama 1975, as amended, and other provisions of law (the regional board resulting from the conversion of BWWB is hereinafter referred to as the "Regional Board")

WHEREAS, pursuant to Act No. 2025-297, one director of the Regional Board shall be appointed by the Governor;

WHEREAS Act No. 2025-297 requires the Governor's appointee to the Regional Board to possess a general business background and be a resident of the county in which the authorizing municipality is principally located; and

WHEREAS it is in the public interest of the public health and welfare of the citizens and rate payers in which the Regional Board serves, and other areas of the public served by the Regional Board, that such appointment herein made shall be made;

NOW, THEREFORE, it is hereby ORDERED by the Governor of the State of Alabama as follows:

1. That Thomas C. Hudson, Jr., a legal resident of Jefferson County, Alabama who has a general business background, and who is a resident of the county in which the authorizing municipality is principally located, and who furthermore is well

RECEIVED

MAY 13 2025

ALABAMA SECRETARY OF STATE

experienced in business affairs, whether related to private, public, or nonprofit entities, of the complexity of the operation of a water or sewer system, is hereby appointed by this Order and Appointment as a director of the Regional Board effective immediately.

2. This Order and Appointment of Thomas C. Hudson, Jr., as a director of the Regional Board as described in Act No. 2025-297 shall be filed in the Office of the Judge of Probate of Jefferson County, Alabama, the county in which BWWB was originally incorporated and in the Office of the Secretary of State of the State of Alabama.

*Kay Ivey*

Kay Ivey, Governor
State of Alabama

STATE OF ALABAMA)

MONTGOMERY COUNTY)

Before me, the undersigned authority, a Notary Public in and for said County and State, hereby certifies that Kay Ivey, whose name as Governor of the State of Alabama, is signed to the foregoing Order and Appointment, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument and being duly authorized, she, as such Governor of the State Alabama and with full authority, did voluntarily execute this Order and Appointment on the 12th day of May, 2025.

Given under my hand and official seal this 12th day of May, 2025.

Notary Public
My Commission Expires: 1-7-2026