# EXHIBIT 9

# Brumlow Order and Appointment recorded with the Judge of Probate for Jefferson County

County Division Code: AL040
Inst. # 2025043602 Pages: 1 of 2
I certify this instrument filed on
5/12/2025 10:27 AM Doc: RESO
Judge of Probate
Jefferson County, AL. Rec: $19.00
Clerk: BlackmanB

RESOLUTION 2025-5-12-9 AND ORDER

OF THE

SHELBY COUNTY COMMISSION

      Whereas, Senate Bill 330 enrolled (hereinafter "SB 330") has been adopted and enrolled by both Houses of the Legislature of the State of Alabama, General Session 2025 and signed and approved by the Governor of the State of Alabama (hereinafter "Governor") as Alabama Act 2025-297; and

      Whereas, SB 330, now Act 2025-297 became effective immediately upon the execution and approval thereof by the Governor; and

      Whereas, Act 2025-297 converts any board which meets the requirements of Section 11-50-300(a) to a regional board and terminates the terms of all existing directors of such entities which number includes The Water Works Board of the City of Birmingham (hereinafter "BWWB") which was incorporated pursuant to Divisions 1 through 3 of Article 8 of Chapter 50 of Title 11, Code of Alabama 1975, as amended, and other provisions of law (the regional board resulting from the conversion of BWWB is hereinafter referred to as the "Regional Board"); and

      Whereas, pursuant to Act 2025-297, one Director of the Regional Board shall be appointed by the Shelby County Commission which is the governing body of the county, other than the county where the authorizing municipality is principally located, where the largest number of accounts serving water customers are located outside Jefferson County in which the authorizing municipality is located, and who shall serve for a term of five (5) years, as Director of the newly formed Regional Board; that it is in the best public interest of the public health and welfare of the citizens and water users of Shelby County, Alabama, and other areas of the public served by the Regional Board:

      Now, therefore, it is RESOLVED AND ORDERED by the Shelby County Commission as follows:

      1.    That Jeffrey W. Brumlow, a legal resident of Shelby County, Alabama and who has a general business background, is hereby appointed by this Order and Resolution as a Director of said Regional Board, which said term shall be for a period of five (5) years, beginning immediately.

      2.    The adoption of this Resolution and the appointment of the said Jeffrey W. Brumlow, as a Director of the Regional Board, as described in said Act 2025-297, supra, shall be evidenced by a certified copy of this Resolution and Order, and Chad Scroggins, the County Manager of Shelby County, Alabama, is authorized and directed to execute and sign before a Notary Public or other officer authorized by the laws of the State of Alabama to take acknowledgments of deeds and thereafter shall cause a certified copy of this Resolution and Order to be filed in the Office of the Judge of Probate of Jefferson County, Alabama, the county

in which BWWB was originally incorporated and in the Office of the Secretary of State of the State of Alabama.

3. That the said Chad Scroggins as County Manager of Shelby County, Alabama, shall be and he is hereby authorized and directed to execute, sign, record, and otherwise process any document or writing deemed appropriate and legally necessary to carry out and effectuate the appointment hereinabove made.

## CERTIFICATE AND ORDER

I, the undersigned, Chad Scroggins, County Manager of Shelby County, Alabama, by Order and Resolution of the Shelby County Commission do hereby state and certify that the above and foregoing is a true and exact copy of a Resolution and Order adopted by the Shelby County Commission at its regular meeting in Columbiana, Alabama, on Monday, May 12, 2025, and that there has been no action to withdraw, repeal, modify, or take any other action other than that authorized and directed therein.

_____
Chad Scroggins, County Manager
of Shelby County, Alabama

STATE OF ALABAMA

SHELBY COUNTY

Before me, the undersigned authority, a Notary Public in and for said County and State, hereby certify that Chad Scroggins, whose name as County Manager of Shelby County, Alabama, a political subdivision of the State of Alabama, is signed to the foregoing Certificate and Order, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument and being duly authorized, he, as such County Manager and with full authority, did voluntarily execute this Certificate and Order on the 12th day of May, 2025 as the act of and following the adoption thereof by the Shelby County Commission, the governing body of Shelby County, Alabama.

Given under my hand and official seal this 12th day of May 2025.

STEFANIE S. KNIGHT
NOTARY PUBLIC
ALABAMA - STATE AT LARGE
My Commission Expires August 09, 2028

Notary Public
My Commission Expires: 8/9/28