# EXHIBIT 12

# Standridge Order and Appointment filed with Secretary of State of Alabama

## RESOLUTION AND ORDER

### OF THE

### BLOUNT COUNTY COMMISSION

**Whereas,** SB330 has been adopted and enrolled by both Houses of the Legislature of the State of Alabama, General Session 2025 and has been signed into law as ACT No. 2025-297 by the Governor of the State of Alabama (hereinafter "Governor"); and

**Whereas,** ACT No. 2025-297 became effective immediately upon the execution and approval thereof by the Governor; and

**Whereas,** ACT No. 2025-297 converts any board which meets the requirements of Section 11-50-300(a) to a regional board and terminates the terms of all existing directors of such entities which number includes The Water Works Board of the City of Birmingham (hereinafter "BWWB") which was incorporated pursuant to Divisions 1 through 3 of Article 8 of Chapter 50 of Title 11, Code of Alabama 1975, as amended, and other provisions of law (the regional board resulting from the conversion of BWWB is hereinafter referred to as the "Regional Board"); and

**Whereas,** pursuant to ACT No. 2025-297, one Director of the Regional Board shall be appointed by the Blount County Commission which is the governing body of a county in which the Regional Board owns a major reservoir located principally within the county, and who shall serve for a term of four (4) years, as Director of the newly formed Regional Board; that it is in the best public interest of the public health and welfare of the citizens and water users of Blount County, Alabama, and other areas of the public served by the Regional Board that such appointment herein made shall be made now contingent upon and becoming effective immediately:

**Now, therefore, it is RESOLVED AND ORDERED by the Blount County Commission as follows:**

1. That, Jack David Standridge, a legal resident of Blount County, Alabama and who has a general business background, and who is well experienced in business affairs, whether related to private, public, or nonprofit entities, of the complexity of the operation of a water or sewer system, is hereby appointed by this Resolution and Order as a Director of said Regional Board, which said term shall be for a period of four (4) years, beginning immediately.

2. The adoption of this Resolution and Order and the appointment of the said Jack David Standridge, as a Director of the Regional Board, as described in ACT 2025-297, *supra,* shall be evidenced by a certified copy of this Resolution and Order, and Mark Staton, the County Administrator of Blount County, Alabama, is authorized and directed to execute and sign before a Notary Public or other officer authorized by the laws of the State of Alabama to take acknowledgments of deeds and thereafter shall cause a certified copy of this Resolution and Order to be filed in the Office of the Judge of Probate of Jefferson County, Alabama, the county in which BWWB was originally incorporated and in the Office of the Secretary of State of the State of Alabama.

3. That the said Mark Staton as County Administrator of Blount County, Alabama, shall be and he is hereby authorized and directed to execute, sign, record, and otherwise process any document or writing deemed appropriate and legally necessary to carry out and effectuate the appointment hereinabove made.

(intentional end of page)



## CERTIFICATE AND ORDER

I, the undersigned, Mark Staton, County Administrator of Blount County, Alabama, by Resolution and Order of the Blount County Commission do hereby state and certify that the above and foregoing is a true and exact copy of a Resolution and Order adopted by the Blount County Commission at its regular meeting in Oneonta, Alabama, on Tuesday, May 13, 2025, and that there has been no action to withdraw, repeal, modify, or take any other action other than that authorized and directed therein.

Mark Staton, County Administrator
of Blount County, Alabama

STATE OF ALABAMA)
BLOUNT COUNTY)

Before me, the undersigned authority, a Notary Public in and for said County and State, hereby certify that Mark Staton, whose name as County Administrator of Blount County, Alabama, a political subdivision of the State of Alabama, is signed to the foregoing Certificate and Order, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument and being duly authorized, he, as such County Administrator and with full authority, did voluntarily execute this Certificate and Order on the 13th day of May, 2025 as the act of and following the adoption thereof by the Blount County Commission, the governing body of Blount County, Alabama.

Given under my hand and official seal this 13th day of May, 2025.

Notary Public
My Commission Expires:    July 22, 2025

Prepared by
BRUNSON, BARNETT & SHERRER, P.C.
Attorneys at Law
231 Second Avenue East
Oneonta, Alabama 35121
Telephone (205)625-5555
Facsimile (205)625-5556

STATE OF ALABAMA)
JEFFERSON COUNTY)

Before me, the undersigned authority, a Notary Public in and for said County and State, hereby certifies that Lee Frazier, whose name as City Clerk of the City of Birmingham, is signed to the foregoing Resolution and Order, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument and being duly authorized, he, in his capacity as City Clerk of the City of Birmingham, and with full authority, did voluntarily certify and sign this Resolution and Order on the ⟨13⟩ , May, 2025.

Given under my hand and official seal this ⟨13⟩ day of May, 2025.

Notary Public

My Commission Expires:

SYLVIA W. BOWEN
My Commission Expires
May 21, 2026