# EXHIBIT 13

# BWW May 7, 2025 Agenda



**AGENDA FOR A SPECIAL CALLED BOARD OF DIRECTORS' MEETING**
**SCHEDULED WEDNESDAY, May 7, 2025 at 6:15 p.m.**
**BWWB Training Room**

Members of the public may listen to the meeting by calling
(720) 336-4568 Access Code: 444-190-303  [Public - Listening Only].

CALL TO ORDER AND INVOCATION

ROLL CALL

APPROVAL OF AGENDA

APPROVAL OF MINUTES

REPORTS OF COMMITTEE

REPORTS OF OFFICERS

       A.     Chair
       B.     Directors
       C.     General Manager/Assistant General Manager(s)

UNFINISHED BUSINESS

SPEAKERS

NEW BUSINESS

       1.     Request Board **to enter** Executive Session to discuss with legal counsel legal matters that are appropriate under Ala. Code Section 36-25A-7(a)(3).

       2.     Request Board **to discuss** impact of SB 330 on operations, and **to authorize** any potential actions.

ADJOURNMENT