# EXHIBIT 15

# Prior Board's Resolution No. 9777

NOW THEREFORE, BE IT RESOLVED on a motion made by Ms. Tereshia Huffman and seconded by Mr. Jonathan Harris as follows:

The Water Works Board of the City of Birmingham hereby authorizes the Chairwoman and the Secretary/Tressure to execute that certain Purchase and Sale Agreement approved by the City of Birmingham at their meeting on Tuesday, May 6, 2025.

Resolution No. 9777 is hereby adopted by roll call vote as follows: Jonathan Harris, Yes; Larry Ward, Yes; Thomas Henderson, No; Dalton NeSmith, No; Andre McShan, Yes; Ivan Holloway, Yes; and Tereshia Huffman, Yes on May 7, 2025.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*