AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 2:25-cv-356-ECM-KFP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hon. Randall L. Woodfin
710 20th St N
Third Floor
Birmingham, AL 35203
OR
Hon. Randall L. Woodfin
c/o Office of City Attorney
710 20th St N, Room 600
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:  5/14/2025

Crystal W Lowman
Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:15:02 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Honorable Randall L. Woodfin

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

|  |  |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 2:25-cv-356-ECM-KFP |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Clinton P. Woods
710 20th St N
Third Floor
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:  5/14/2025

Crystal W Lowman   Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:15:20 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Clinton P. Woods

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 2:25-cv-356-ECM-KFP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Hunter Williams
710 20th St N
Third Floor
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date: 5/14/2025 _____

Crystal W Lowman    Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:16:03 -05'00'

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Hunter Williams

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al.

_____
*Plaintiff(s)*

v.

HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:25-cv-356-ECM-KFP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Valerie A. Abbott
710 20th St N
Third Floor
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:    5/14/2025    Crystal W Lowman    Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:17:24 -05'00'

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Valerie A. Abbott

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

PHILLIP R. WIEDMEYER, in his official capacity as a
member of the Regional Water Board of Directors; et
al.

*Plaintiff(s)*

v.

HONORABLE MAYOR RANDALL L. WOODFIN,
officially as Mayor of the City of Birmingham and
individually as a citizen and ratepayer for water
services provided by the Birmingham Water Works
Board, et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:25-cv-356-ECM-KFP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jonathan T. ("J.T.") Moore
710 20th St N
Third Floor
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:    5/14/2025

Crystal W Lowman    Digitally signed by Crystal W
Lowman
Date: 2025.05.14 12:17:45 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jonathan T. ("J.T.") Moore

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | | |
|---|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No. 2:25-cv-356-ECM-KFP |
| v. | ) ) | |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Darrell O'Quinn
710 20th St N
Third Floor
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:    5/14/2025    Crystal W Lowman    Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:18:02 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Darrell O'Quinn

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-356-ECM-KFP |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Crystal Smitherman
710 20th St N
Third Floor
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date: _____5/14/2025_____

Crystal W Lowman
Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:18:21 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Crystal Smitherman

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al.<br><br>_____<br>*Plaintiff(s)*<br>v.<br>HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:25-cv-356-ECM-KFP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Wardine T. Alexander
710 20th St N
Third Floor
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:  5/14/2025
_____

Crystal W Lowman  Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:18:48 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Wardine T. Alexander

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al.<br><br>_____<br>*Plaintiff(s)*<br>v.<br>HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:25-cv-356-ECM-KFP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Carol E. Clarke
710 20th St N
Third Floor
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:  5/14/2025
                                                    Crystal W Lowman   Digitally signed by Crystal W Lowman
                                                                                      Date: 2025.05.14 12:19:08 -05'00'
_____                    _____
                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Carol E. Clarke

was received by me on *(date)*                          .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:25-cv-356-ECM-KFP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Latonya A. Tate
710 20th St N
Third Floor
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:    5/14/2025
_____

Crystal W Lowman    Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:19:29 -05'00'

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Latonya A. Tate

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | | |
|---|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 2:25-cv-356-ECM-KFP |
| v. | ) | |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Birmingham City Council
c/o Samantha A. Chandler
City of Birmingham
710 20th St N - Room 600
Birmingham, AL 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:    5/14/2025

Crystal W Lowman   Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:19:47 -05'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Birmingham City Council, c/o Samantha A. Chandler

was received by me on *(date)*                            .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

<table>
<tr><td>

PHILLIP R. WIEDMEYER, in his official capacity as a
member of the Regional Water Board of Directors; et
al.

_____
*Plaintiff(s)*

v.

HONORABLE MAYOR RANDALL L. WOODFIN,
officially as Mayor of the City of Birmingham and
individually as a citizen and ratepayer for water
services provided by the Birmingham Water Works
Board, et al.
_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. 2:25-cv-356-ECM-KFP

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tereshia Q. Huffman
Birmingham Water Works
   Administration Office
3600 1st Ave N
Birmingham, AL 35222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:   5/14/2025            Crystal W Lowman   Digitally signed by Crystal W
Lowman
Date: 2025.05.14 12:20:05 -05'00'
                         *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Tereshia Q. Huffman

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | | |
|---|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 2:25-cv-356-ECM-KFP |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    William "Butch" Burbage, Jr.
Birmingham Water Works
    Administration Office
3600 1st Ave N
Birmingham, AL 35222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:   5/14/2025

Crystal W Lowman    Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:20:36 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    William "Butch" Burbage, Jr.

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )      Civil Action No. 2:25-cv-356-ECM-KFP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Thomas E. Henderson
Birmingham Water Works
Administration Office
3600 1st Ave N
Birmingham, AL 35222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:    5/14/2025

Crystal W Lowman   Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:20:54 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Thomas E. Henderson

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:25-cv-356-ECM-KFP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Raymond "Larry" Ward
Birmingham Water Works
    Administration Office
3600 1st Ave N
Birmingham, AL 35222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:    5/14/2025

Crystal W Lowman    Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:21:13 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Raymond "Larry" Ward

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:25-cv-356-ECM-KFP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Dr. Monique Gardner Witherspoon
Birmingham Water Works
    Administration Office
3600 1st Ave N
Birmingham, AL 35222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:    5/14/2025

Crystal W Lowman    Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:21:39 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Dr. Monique Gardner Witherspoon

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-356-ECM-KFP |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Dr. Andre McShan
Birmingham Water Works
    Administration Office
3600 1st Ave N
Birmingham, AL 35222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:    5/14/2025

Crystal W Lowman    Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:22:09 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Dr. Andre McShan

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-356-ECM-KFP |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Ivan W. Holloway
Birmingham Water Works
     Administration Office
3600 1st Ave N
Birmingham, AL 35222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:     5/14/2025

Crystal W Lowman   Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:22:30 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ivan W. Holloway

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PHILLIP R. WIEDMEYER, in his official capacity as a member of the Regional Water Board of Directors; et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HONORABLE MAYOR RANDALL L. WOODFIN, officially as Mayor of the City of Birmingham and individually as a citizen and ratepayer for water services provided by the Birmingham Water Works Board, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 2:25-cv-356-ECM-KFP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Birmingham Water Works
Registered Agent
Macaroy Underwood
Birmingham Water Works
    Administration Office
3600 1st Ave N
Birmingham, AL 35222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher W. Weller
J. Mitchell Sikes
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102
Chris.Weller@chlaw.com
Mitchell.Sikes@chlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:   5/14/2025

Crystal W Lowman    Digitally signed by Crystal W Lowman
Date: 2025.05.14 12:22:51 -05'00'

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-356-ECM-KFP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Macaroy Underwood, Reg Agent for Birmingham Water Works

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: