UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, RM B-110
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                          TELEPHONE (334) 954-3600

May 14, 2025

<b><u>Notice to Counsel – Service Material</u></b>

Christopher William Weller
Capell Howard PC
150 South Perry Street
Montgomery, AL 36104

Re:   Wiedmeyer et al v. Woodfin et al
Civil Action No.   2:25-cv-00356-ECM

An Amended Complaint has been filed in the above referenced case on May 14, 2025. However, you failed to include proposed summons to be served on all defendant(s) in this case.

Please file with the Clerk's Office, as soon as possible, one proposed summons for each defendant using the Proposed Summons Civil Event (located under Service of Process) OR you may conventionally file if you do not have CM/ECF access.

However, if you are requesting waiver of service on new cases, please follow the instructions listed below:

1) You must first receive your case number to affix to the request and electronically submit a signed & dated request for waiver, with proposed waiver attached, using the civil event "Request for Waiver of Service". This sets a projected due date for an Answer to be filed.

2) When the "Waiver of Service of Summons" is received in your office signed by the defendant or his counsel, you may electronically submit using the civil event "Waiver of Service Executed/Unexecuted" OR conventionally file the original of the waiver with the Clerk's Office. This is the proof of service.

You may locate the summons (AO440), request for waiver (AO398) and waiver of service (AO399) forms on our webpage at www.almd.uscourts.gov/forms.

If we can be of further assistance, please contact our office.

TREY GRANGER, CLERK